UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-09664-PA (SK) | Date | September 12, 2017 |
|---|---|---|---|
| Title | Aaron Deon Seymour v. Los Angeles Police Department, et al. | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|
| Marc Krause | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On August 2, 2017, Defendants filed a Motion to Dismiss the First Amended Complaint on the grounds that it is vague, conclusory, and fails to state a cognizable claim for relief. (ECF No. 26). The Court ordered that Plaintiff file his Opposition by September 1, 2017. (ECF No. 28). As of the date of this Order, Plaintiff has not filed an Opposition or request for extension of time in which to file one.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE on or before **September 25, 2017** why this action should not be dismissed for failure to prosecute and obey court orders. Plaintiff may discharge this order by filing an Opposition by **September 25, 2017**.

**Plaintiff is warned that the failure to file an Opposition, or the failure to file it within the deadline imposed by the Court, may be deemed consent to the granting of the Motion to Dismiss.** *See* Local Rule 7-12. If Plaintiff no longer wishes to pursue this action, Plaintiff may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) by filing a "Notice of Dismissal" with the attached Form CV-009.