# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON DEAN SEYMOUR,<br><br>        Plaintiff,<br><br>        v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>        Defendants. | CASE NO. 2:16-CV-09664-PA (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action, **IT IS ADJUDGED** that this action is dismissed.


DATED: October 4, 2017        _____

                                    HON. PERCY ANDERSON<br>                                    U.S. DISTRICT JUDGE